# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VACATIONS CHARTERS, LTD, and VACATION CHARTERS, LTD, as assignee of claims of consumers owing paid-in-full right-to-use timeshare interests,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>TEXTRON FINANCIAL CORPORATION, and CONCORD SERVICING CORPORATION,<br><br>　　　　　Defendants. | Case No. 3:14-cv-02083<br><br>Hon. A. Richard Caputo |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned attorneys of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all of Plaintiffs' claims against Defendant Concord Servicing Corporation in the above-captioned action are dismissed with prejudice, with each party to bear its own costs. The Parties further stipulate and agree that this Stipulation of Dismissal shall have no effect upon any of Plaintiffs' claims against Defendant Textron Financial Corporation.

Respectfully submitted,

s/Joseph McAleer
Joseph McAleer (PA 65542)
P.O. Box 278
Lake Harmony, PA 18624
Telephone: (570) 722-2525
E-mail: jmcaleer@pa.metrocast.net

*Attorney for Plaintiffs*

s/David F. Abernethy
David F. Abernethy (PA 36666)
Joshua M. Link (PA 311695)
Drinker Biddle and Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
E-mail: david.abernethy@dbr.com
          joshua.link@dbr.com

*Attorneys for Defendants*

SO ORDERED:

_____  1/28/15
A. Richard Caputo
United States District Judge