**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VACATION CHARTERS, LTD., | |
| Plaintiff, | CIVIL ACTION NO. 3:14-CV-2083 |
| v. | |
| TEXTRON FINANCIAL CORPORATION, | (JUDGE CAPUTO) |
| Defendant. | |

**ORDER**

**NOW**, this 28th day of January, 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that Textron Financial Corporation's Motion to Dismiss Plaintiff, Vacation Charters, LTD's Amended Complaint (Doc. 25.) is **GRANTED** and because this Court finds that the amendment of the Amended Complaint (Doc. 21.) would be futile, Vacation Charters, LTD's claims are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this case as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge